# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**In re:**                                            **Case Number** 10–31928–KLP
                                                      **Chapter** 13
Leona Mays

                                    Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

    In order to receive a discharge, you <u>must</u>

    Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at www.vaeb.uscourts.gov. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

    The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   April 24, 2014                William C. Redden , Clerk
                                       United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

```
                                United States Bankruptcy Court
                                 Eastern District of Virginia
In re:                                                                  Case No. 10-31928-KLP
Leona Mays                                                              Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0422-7          User: mullert                 Page 1 of 2                  Date Rcvd: Apr 24, 2014
                              Form ID: ntc4008              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2014.
db            +Leona Mays,   87 Courthouse Street,    Petersburg, VA 23803-3604
cr            +JPMORGAN CHASE BANK, N.A.,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
cr            +SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,    Salt Lake City, UT 84115-4412
9561966       +Cash Advance Center,   2825 Crater Road,    Petersburg, VA 23805-2473
9561969       +Celink,   3900 Capital City Blvd,    Lansing, MI 48906-2147
9561970       +Chase,   Po Box 24696,   Columbus, OH 43224-0696
9561972       +Citifinancial,   300 Saint Paul Pl,    Baltimore, MD 21202-2120
9561973       +Credit Control Corporation,    PO Box 120568,   Newport News, VA 23612-0568
9716832       +Deutsche Bank National Trust Company,    c/o JPMorgan Chase Bank National Associa,
                7255 Baymeadows Way,    Jacksonville, FL 32256-6851
12040267      +Deutsche Bank National Trust Company, a,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
9561974       +Dominion Law Assoc,   PO Box 62719,    Virginia Beach, VA 23466-2719
9561976       +Equidata,   PO Box 6610,   Newport News, VA 23606-0610
9561977       +Er Solutions,   Po Box 9004,    Renton, WA 98057-9004
9561978       +First Premier Bank,   Po Box 5524,    Sioux Falls, SD 57117-5524
10817385      +Homeplus Finance Corporation,   600 Lairport Street,    El Segundo, CA 90245-5004
9602522        Homeplus Finance Corporation,   c/o Celink,    P. O. Box 16247,   Lansing, MI 48901
9860852       +Homeplus Finance Corporation,   2143 South Sepulveda Blvd., 2nd Floor,
                Los Angeles, CA 90025-5733
9561983       +Ntelos,   645 Southpark Blvd,    Colonial Heights, VA 23834-3617
9561984       +Palisad Coll,   Attention: Bankruptcy Department,    Po Box 100018,   Kennesaw, GA 30156-9204
9561985       +Southside Regional,   Po Box 501128,    Saint Louis, MO 63150-1128
9561986       +Suntrust BAnk,   11500 W Broad Street,    Richmond, VA 23233-1117
9561987       +Wachovia,   Po Box 105204,    Atlanta, GA 30348-5204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: ebn@vativrecovery.com Apr 25 2014 02:08:38      VATIV RECOVERY SOLUTIONS LLC,
                P.O. Box 40728,   Houston, TX 77240-0728
9561965       +E-mail/PDF: recoverybankruptcy@afninet.com Apr 25 2014 02:16:13       Afni, Inc.,
                Attn: DP Recovery Support,    Po Box 3427,   Bloomington, IL 61702-3427
9561967       +E-mail/Text: bankruptcy@cashcall.com Apr 25 2014 02:09:48      Cashcall Inc,
                ATTN: Bankruptcy Dept,   1600 S Douglass Rd,    Anaheim, CA 92806-5948
9561971       +Fax: 614-760-4092 Apr 25 2014 03:16:33      Checksmart,   3401 S Crater Road,
                Petersburg, VA 23805-9271
9561975       +E-mail/Text: KSMITH@DURHAM-DURHAM.COM Apr 25 2014 02:09:48       Durham & Durham, LLP,
                5665 New Northiside Drive,    Suite 340,   Atlanta, GA 30328-5834
11135597       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2014 02:16:25      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
9561979       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 25 2014 02:08:59      Midland Credit,   PO BOx 60578,
                Los Angeles, CA 90060-0578
9561980       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 25 2014 02:08:59      Midland Credit Management,
                Po Box 939019,   San Diego, CA 92193-9019
9571237       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 25 2014 02:08:59      Midland Credit Management, Inc.,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
9561982       +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 25 2014 02:09:24      NCO Financial Systems,
                507 Prudential Rd,    Horsham, PA 19044-2368
9561981       +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 25 2014 02:09:24      Nco Financial,
                PO Box 15740,   Wilmington, DE 19850-5740
9632967       +E-mail/Text: ebn@vativrecovery.com Apr 25 2014 02:08:38      Palisades Collections, LLC,
                Vativ Recovery Solutions LLC,    As Agent For Palisades Collections, LLC,   PO Box 40728,
                Houston, TX 77240-0728
9643751       +E-mail/Text: csidl@sbcglobal.net Apr 25 2014 02:09:39      Premier BankCard/Charter,
                P.O. Box 2208,   Vacaville, CA 95696-8208
9682139        E-mail/Text: appebnmailbox@sprint.com Apr 25 2014 02:08:56      Sprint Nextel Correspondence,
                Attn: bankruptcy dept,   PO Box 7949,    Overland Park, KS 66207-0949
9682140        E-mail/Text: appebnmailbox@sprint.com Apr 25 2014 02:08:56      Sprint Nextel Distribution,
                Attn: bankruptcy dept,   PO Box 3326,    Englewood, CO 80155-3326
                                                                                             TOTAL: 15


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, as Trustee,
cr*           +HomePlus Finance Corporation,   2143 South Sepulveda Boulevard,    2nd Floor,
                Los Angeles, CA 90025-5733
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
9632970*      +Palisades Collections, LLC,   Vativ Recovery Solutions LLC,
                As Agent For Palisades Collections, LLC, PO Box 40728,    Houston, TX 77240-0728
9597693       ##CashCall Inc,   MS 550,  PO Box 91121,    Seattle, WA 98111-9221
9561968       ##+Cbe Group,   131 Tower Park Dri,   Waterloo, IA 50701-9374
9664301       ##+CitiFinancial Services, Inc,   P.O. Box 140489,   Irving, TX 75014-0489
9962563       ##+The Debt Law Group, PLLC,   P.O. Box 5928,    Glen Allen, VA 23058-5928
9959968       ##+The Debt Law Group, PLLC,   111 Highland Ave,   Colonial Heights, VA 23834-3139
                                                                                        TOTALS: 1, * 3, ## 5
```

```
District/off: 0422-7         User: mullert            Page 2 of 2                  Date Rcvd: Apr 24, 2014
                             Form ID: ntc4008         Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2014 at the address(es) listed below:
```
              Angela Nicole Watson    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed
               Certificates, Series 2006-WL3 c/o Select Portfolio Servicing, anwatson@closingsource.net,
               khildebeidel@closingsource.net;vaecf@closingsource.net;gmullen@closingsource.net
              Dean R. Prober    on behalf of Creditor    HomePlus Finance Corporation Cmartin@pralc.com
              Richard James Oulton    on behalf of Debtor Leona  Mays southsidedebtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;chadesimmons.legal@gmail.com
              Robert E. Hyman    station08@ricva.net,   ecfsummary@ricva.net
                                                                                             TOTAL: 4
```