UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division

In re:

    Leona Mays                              Case No. 10-31928-KLP

Debtor(s)                                     Chapter 13

87 Courthouse St.

Petersburg, VA 23803

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any)  2113

**NOTICE OF MOTION**

Debtor(s), by counsel, have filed papers with the court for a Motion to Extend time to file Debtor's Certification of Compliance with 11 U.S.C. Section §1328.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sough in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then or before **July 9, 2014 (7 days)** you or attorney must:

☑   File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                Clerk of Court
                United States Bankruptcy Court
                701 E. Broad St.
                Richmond, VA 23219

      You must also mail a copy to:

                America Law Group, Inc.
                2312 Boulevard
                Colonial Heights, VA 23834

☐   Attend a hearing to be scheduled at a later date.  You will receive a separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

■   Attend the hearing on the motion (or objection) scheduled to be held on July 16, 2014 12:00 PM at the United States Bankruptcy Court, 701 E. Broad St, Courtroom 5100 , Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: July 2, 2014

/s/ Richard J. Oulton
The Debt Law Group, PLLC
2312 Boulevard
Colonial Heights, VA 23834
Ph: 804-520-2428
VA State Bar No: 29640
Counsel for Debtor

Certificate of Service

I hereby certify that I have this July 2, 2014 mailed or sent by electronic means a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard J. Oulton
Counsel for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

    Leona Mays                                                           10-31928-KLP

    Debtor(s)                                                          Chapter 13

***NOTICE OF TIME FOR FILING RESPONSE***

**NOTICE IS HEREBY GIVEN** that pursuant to Local Bankruptcy Rule Number 1007 (c) of the Eastern District of Virginia, effective January 1, 1997, the Court may enter an Order without a hearing if no response is filed to this Motion within seven (7) business days after service by the debtor.

**MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328**

Debtor(s), by counsel, move the Court and state the following:

1. A voluntary petition under the provisions of title 11 of the United States Code was filed herein on 03/19/2010.

2. At that time, the debtor(s) also filed a list of all creditors and their addresses.

3. The time to file the Debtor's Certification of Compliance with 11 U.S.C. § 1328 as expired.

4. For the following reasons the debtor(s) are unable to file the Debtor's Certification of Compliance with 11 U.S.C. § 1328 required by FRBP 1007 within the prescribed time:

   Attorney has had difficulty reaching the client to ensure they have read and signed the Debtor's Certification of Compliance with 11 U.S.C. § 1328.

WHEREFORE movants pray the Court for an Order extending debtor(s) time for filing the debtor's Certification of Compliance with 11 U.S.C. § 1328 until fourteen (14) days from the date of this motion.

DATE: 7/2/2014

Respectfully submitted:
Leona Mays
By Counsel

/s/ Richard J. Oulton   VSB #29640
Counsel for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
804-520-2428

Certificate of Service

      I certify that on July 2, 2014, a copy of this NOTICE OF MOTION and MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFCATION OF COMPLIANCE WITH 11 U.S.C. § 1328 has been electronically mailed or sent via first-class mail, postage pre-paid, to Robert E. Hyman, Chapter 13 Trustee, P.O. Box 1780 Richmond, VA 23218 and to The U.S. Trustee, 701 East Broad Street, Suite 4304 Richmond, VA 23219, and all other creditors and necessary parties.

/s/ Richard J. Oulton
Richard J. Oulton
Counsel for Debtor(s)
VSB #29640